IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00049-REB-MJW

211 EIGHTH, LLC, a Colorado limited liability company, and
PRINCE CREEK CONSTRUCTION, INC., a Colorado corporation,

Plaintiffs,

v.

TOWN OF CARBONDALE, a Colorado home-rule municipality,
NANCY BARNETT, in her official capacity as Acting Town Manager for the Town of
Carbondale, Colorado, and
JOHN PLANO, in his official capacity as the Building Official for the Town of
Carbondale,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 25) is GRANTED.  The Scheduling Order (Docket No. 19) is modified as follows:

1.   The parties' expert witnesses are to be disclosed on or before September 17, 2012;

2.   Rebuttal experts are to be disclosed on or before October 17, 2012;

3.   All written discovery shall be served by October 1, 2012;

4.   The discovery cut-off is October 31, 2012; and

5.   The parties must complete ADR through a private mediation service by October 31, 2012.

Date: August 15, 2012