IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00049-REB-MJW

211 EIGHTH, LLC, a Colorado limited liability company, and
PRINCE CREEK CONSTRUCTION, INC., a Colorado corporation,

Plaintiffs,

v.

TOWN OF CARBONDALE, a Colorado home-rule municipality,
NANCY BARNETT, in her official capacity as Acting Town Manager for the Town of Carbondale, Colorado, and
JOHN PLANO, in his official capacity as the Building Official for the Town of Carbondale,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 31) is GRANTED.  The Scheduling Order (Docket No. 19) is modified as follows:

1. Expert reports shall be served by September 21, 2012; Plaintiffs' damages expert report shall disclose the areas of damages in their expert report;

2. The plaintiffs may supplement their damage expert report on or before October 5, 2012;

3. Rebuttal experts witness disclosure deadline remains October 17, 2012, except that Defendants shall have until November 15, 2012 to respond to plaintiff's damages expert report; and

4. Expert depositions shall be completed by October 31, 2012, except that plaintiffs may take the deposition of defendant's rebuttal expert on damages up to and through November 20, 2012.

The court cautions plaintiffs that further amendments to the scheduling order are unlikely to be granted.

Date: September 21, 2012