**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00049-REB-MJW

211 EIGHTH, LLC, a Colorado limited liability company, and
PRINCE CREEK CONSTRUCTION, INC., a Colorado corporation,

    Plaintiffs,

v.

TOWN OF CARBONDALE, a Colorado home-rule municipality,
NANCY BARNETT, in her official capacity as Acting Town Manager for the Town of Carbondale, Colorado, and
JOHN PLANO, in his official capacity as the Building Official for the Town of Carbondale.

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on the **Partially Unopposed Motion To Proceed With Video-Conference or Other Electronic Avenues To Ensure Testimony at The Time of Trial, or To Preserve Trial Testimony Via Deposition, or To Proceed With Telephonic Testimony at The Time of Trial** [#88][2] filed February 1, 2013. The motion is granted to the extent that defendants can secure a video deposition. The motion is otherwise denied.

    Dated: February 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#88]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.